**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

IN THE MATTER OF:

NAME:     JAMES RAY RAMSEY

                                                                                           **Chapter 13**

ADDRESS:    1218 HARRISON CARSWELL AVENUE          **Case No. 17-40021**
                      MORGANTON, NC 28655

SSN:       --- -- 0480

**Debtor.**

---

**MOTION TO MODIFY CHAPTER 13 PLAN**

    **COMES NOW** the above-named debtor, by and through his attorney of record, and respectfully moves the Court pursuant to Section 1329 of Title 11 of the United States Code, Rule 9013 of the Rules of Bankruptcy Procedure, and Rule 9013-1 of the Local Bankruptcy Rules for the entry of an order modifying the plan and in support hereof allege and says that:

    1.    This case was commenced by the filing of a petition with the Clerk of this Court on January 25, 2017.

    2.    The 341(a) meeting of creditors was held on in Statesville, North Carolina, on March 14, 2017.

    3.    The Chapter 13 Plan was subsequently confirmed by order of this Court dated April 5, 2017.

    4.    The Plan presently provides for a monthly payment of $690.00.

    5.    A proof of claim was filed State Employees' Credit Union ("SECU") on April 5, 2017 (Trustee Claim #12, Clerk Claim #3), in the amount of $9,383.71 purporting to be a claim secured by the debtor's principal residence.

    6.    At the time of the filing of his Petition, the debtor believed SECU's claim to be unsecured, and as such, listed said claim in Schedule F.

    7.    The debtor is, therefore, moving the Court to direct the Trustee to treat SECU's aforementioned claim as fully secured in the amount of $9,383.71, and to allow the debtor to pay such claim directly to SECU, outside of the plan, per the original terms of the note and contract with SECU.

    8.    The debtor is also moving the Court for such other and additional relief as to the Court may seem just and proper.

**WHEREFORE,** the debtor respectfully prays of the Court as follows:

    A.    That the debtor's motion to modify plan be granted as provided for in the body of this motion;

    B.    That the monthly plan payments be modified, if necessary, as determined by the Chapter 13 Trustee;

    C.    That the attorney for the debtors be granted an additional non-base legal fee of $450.00 and expenses of $46.00, said fee and expenses to be paid by the Trustee out of the funds paid by the debtor into the Plan.

    D.    That the debtor have such other and further relief as to the Court may seem just and proper.

This the 30th day of May, 2017.

_/s/_____
Rod A. Vujovic
Rod A. Vujovic, Attorney at Law, P.A.
Attorney for the Debtor
N.C. State Bar 25021
118 Highway 321 SW
Hickory, NC  28602
(828) 345-1008
FAX (888) 734-4972

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION**

IN THE MATTER OF:

NAME:  **JAMES RAY RAMSEY**

Chapter 13

ADDRESS:  **1218 HARRISON CARSWELL AVENUE
MORGANTON, NC 28655**

Case No. 17-40021

SSN:  **--- -- 0480**

**Debtor.**

**NOTICE OF MOTION TO MODIFY CHAPTER 13 PLAN AND
NOTICE OF OPPORTUNITY FOR HEARING**

   **PLEASE BE ADVISED** that the above-named debtor has filed papers with the United States Bankruptcy Court for the Western District of North Carolina for approval of a motion to modify her plan.

   **YOUR RIGHTS MAY BE AFFECTED.  YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE.  IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

   **TAKE FURTHER NOTICE** that if you do not want the Court to grant the relief requested by the debtor(s) in their motion, or if you want the Court to consider your views on the motion, then on or before **14 DAYS from the date of this notice,** you or your attorney must do three (3) things:

1. **File with the court a written request for a hearing and a written response if you desire to file one at:**

   United States Bankruptcy Court
   Western District of North Carolina
   401 W. Trade Street
   Charlotte, NC 28202

   If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

2. **On or before the date stated above for written responses, you must also mail or fax a copy of your written request to:**

   Rod A. Vujovic
   Attorney for the Debtor
   118 Highway 321 SW
   Hickory, NC  28602

   and to:

   Steven G. Tate
   Chapter 13 Trustee
   212 Cooper Street
   Statesville, NC 28677

3. **Attend the hearing scheduled for Friday, June 30, 2017, at 9:30 a.m.** at the Cleveland County Courthouse, 100 Justice Place, 3rd Floor, Courtroom 5, Shelby, North Carolina.

If you or your attorney do not take these steps, **A HEARING WILL NOT BE HELD**, and the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

**This document may contain nonpublic personal information about the consumer-debtor(s) subject to the restrictions of the Federal Gramm-Leach-Bliley Act.  Such information, if any, is only included in this document for matters and things related to the bankruptcy case of these consumer-debtor(s).  You may therefore only use this information in connection with proceedings in this bankruptcy case and for no other purpose.  You may not directly or indirectly redisclose or reuse any of the consumer-debtor(s)' nonpublic personal information contained in this document for any other purpose.**

This the 30th day of May, 2017.


__/s/_____
Rod A. Vujovic
Rod A. Vujovic, Attorney at Law, P.A.
Attorney for the Debtor
N.C. State Bar 25021
118 Highway 321 SW
Hickory, NC  28602
(828) 345-1008
FAX (888) 734-4972

# CERTIFICATE OF SERVICE

ROD A. VUJOVIC, attorney for the debtor, hereby certifies to the Court as follows:

1. I am not a party for the foregoing proceeding;
2. I am not less than 18 years of age;
3. I have this day served a copy of the foregoing **MOTION TO MODIFY CHAPTER 13 PLAN AND NOTICE OF OPPORTUNITY FOR HEARING** on all parties in interest by placing the same in an envelope, first-class mail, postage prepaid, addressed to each person at his dwelling house or usual place of abode or to the place where he regularly conducts his business or profession as follows:

David C. King
State Employees' Credit Union
Attn: Bankruptcy Dept.
PO Drawer 25279
Raleigh, NC 27611


**And via the Court's Electronic Case Filing System to:**

Steven G. Tate
Chapter 13 Trustee

Bankruptcy Administrator

4. I have also served copies of the **MOTION TO MODIFY CHAPTER 13 PLAN AND NOTICE OF OPPORTUNITY FOR HEARING** on all creditors listed on the master mailing matrix, a copy of which is attached hereto, in the same manner and method as described in paragraph number 3 above;
5. To the best of my knowledge, information and belief, the parties in interest are not infants or incompetent persons;
6. Service as outlined herein was made within the United States of America.

Dated this the 30th day of May, 2017.


_/s/_____
Rod A. Vujovic
Rod A. Vujovic, Attorney at Law, P.A.
Attorney for the Debtor
N.C. State Bar 25021
118 Highway 321 SW
Hickory, NC  28602
(828) 345-1008
FAX (888) 734-4972

CREDITOR MATRIX ATTACHED HERETO AS EXHIBIT "A"

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0419-4<br>Case 17-40021<br>Western District of North Carolina<br>Shelby<br>Tue May 30 15:29:56 EDT 2017 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 |
| Burke County Tax Collector<br>PO Box 219<br>Morganton, NC 28680-0219 | Capital One<br>P.O. Box 85167<br>Richmond, VA 23285-5167 | Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One Retail Services<br>PO Box 30257<br>Salt Lake City, UT 84130-0257 | Cavalry SPV I, LLC<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite #200<br>Tucson, AZ 85712-1083 | Citibank Bankruptcy Dept.<br>Attn:President/CEO<br>PO Box 790034<br>Saint Louis, MO 63179-0034 |
| Client Services Inc.<br>Re: Citi<br>3451 Harry S. Truman Boulevard<br>Saint Charles, MO 63301-4047 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, OH 43054-3025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| Equifax<br>PO Box 740241<br>Atlanta, GA 30374-0241 | Experian<br>PO Box 9701<br>Allen, TX 75013-9701 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 | LVNV Funding LLC<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | NC Dept of Revenue<br>Office Services Division<br>Bankruptcy Unit<br>P.O. Box 1168<br>Raleigh, NC 27602-1168 |
| North Carolina Department of Revenue<br>Bankruptcy Unit<br>P.O. Box 1168<br>Raleigh, NC 27602-1168 | SECU - Loss Mitigation<br>Bankruptcy Department<br>PO Drawer 25279<br>Raleigh, NC 27611-5279 | State Employees Credit Union<br>Attn: Bankruptcy Dept<br>PO Drawer 25279<br>Raleigh, NC 27611-5279 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | TransUnion<br>PO Box 2000<br>Chester, PA 19022-2000 | United States Attorney<br>U.S. Courthouse<br>100 Otis Street, Room 233<br>Asheville, NC 28801-2688 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank of America<br>Attn: President/CEO<br>PO Box 982238<br>El Paso, TX 79998 | (d)Bank of America N.A.<br>4161 Piedmont Parkway<br>Greensboro, NC 27410 | Discover Bank<br>P.O. Box 3008<br>New Albany, OH 43054-3008 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Discover Financial Services, LLC        End of Label Matrix
PO Box 3025                                Mailable recipients   23
New Albany, OH 43054-3025                  Bypassed recipients    1
                                           Total                 24
```