**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

| | |
|---|---|
| IN RE:<br>James Ray Ramsey | Case No. 17-40021 |
| | Chapter 13 |
| SSN# : XXX-XX-0480 | |
| | Related Docket #: 18 |

## WITHDRAWAL OF TRUSTEE'S OBJECTION TO CLAIM

The Trustee hereby withdraws the objection to claim number(s) 7 as filed on 8/25/2017 (Clerk Document 18) without prejudice.

| Trustee Claim # | Clerk Claim # | Creditor Name | Account Number | Filed Claim Amount | Amount Paid Through Plan | Claim Type |
|---|---|---|---|---|---|---|
| 3 | 7 | Cavalry SPV I LLC | 6467 | $2,505.78 | $2,505.78 | U-Unsecured |

Creditor has filed a deficiency claim.

Dated: 10/19/2017

Steven G. Tate, Chapter 13 Trustee
212 Cooper St
Statesville, NC  28677-5856
(704) 872-0068 | general@ch13sta.com

## CERTIFICATE OF SERVICE

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on 10/20/2017.

A. Owens
Office of the Chapter 13 Trustee

Cavalry SPV I LLC, Bass & Associates PC, 3936 E Ft Lowell Road Suite #200, Tucson, AZ  85712
James Ray Ramsey, 1218 Harrison Carswell Avenue, Morganton, NC  28655

Total Served: 2